UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL B. COSAND,<br><br>　　　　　　Defendant. | CR-02-0260-EFS<br><br>**ORDER GRANTING DEFENDANT'S PETITION FOR MODIFICATION OF SUPERVISED RELEASE** |

　　BEFORE THE COURT, without oral argument, is the Defendant's Petition for Modification of Supervised Release, (Ct. Rec. 222), filed August 18, 2009. Assistant United States Attorney Frank Wilson indicated that neither he nor Defendant's probation officer in Yuma, Arizona has any objection to granting Defendant's petition, and that Defendant has been a model citizen while on supervised release.

　　Therefore, **IT IS HEREBY ORDERED**: Defendant's Petition for Modification of Supervised Release, **(Ct. Rec. 222)**, is **GRANTED**. Defendant's Supervised Release is terminated effective immediately.

　　**IT IS SO ORDERED**. The District Court Executive is directed to:

　　(1)　Enter this Order,

　　(2)　Provide copies to Defendant, counsel, and the U.S. Probation Office.

ORDER TO STAY PROCEEDINGS - 1

1       **DATED** this _____27th_____ day of August, 2009.

2

3                        S/ Edward F. Shea
                           EDWARD F. SHEA
4                    United States District Judge

ORDER TO STAY PROCEEDINGS - 2